IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENDO PHARMACEUTICALS INC., | ) |
| | ) |
| Plaintiff, | ) C.A. No. 11-220 |
| | ) |
| v. | ) |
| | ) |
| MYLAN TECHNOLOGIES INC., | ) |
| MYLAN PHARMACEUTICALS INC., | ) |
| and MYLAN Inc., | ) |
| | ) |
| Defendants. | ) |

## ORDER

At Wilmington, this 30th day of March 2012, having considered the complaint, the defendant's pending motion to dismiss (D.I. 10), the briefs in support thereof, the plaintiff's response, and the applicable law;

IT IS HEREBY ORDERED that

1. The defendants' motion to dismiss (D.I. 10) is GRANTED[1]; and

2. the plaintiff's complaint is DISMISSED without prejudice[2].

---

[1] Endo alleges that Mylan failed to comply with 21 U.S.C. § 355 by failing to provide notice of its Paragraph IV certification for the '510 patent to the patent's purported assignee. Based on this alleged deficiency, Endo seeks a declaration that Mylan's paragraph IV certification is without legal effect; that Mylan's paragraph IV certification did not commence the 45-day period specified in 21 U.S.C. § 355(j)(5)(B); and that Mylan is not entitled to ANDA approval prior to expiration of the '510 patent. Mylan contends that §355(j)(5)(E) does not create a private right of action and therefore that Endo does not have standing to assert this challenge. The court agrees.
  In *3M*, the Federal Circuit held that parties "cannot seek a judicial determination of whether a private party's paragraph IV certification complies with 21 U.S.C. § 355(j)(2)(B). *Minn. Mining and Mfg. Co. v. Barr Labs., Inc.*, 289 F.3d 775, 782 (Fed. Cir. 2002) ("*3M*"). The Federal Circuit continued that "the district court should not have decided the issue of compliance." *Id.* at 783. Therefore, Endo lacks standing to assert this challenge of Mylan's compliance with §355(j)(2)(B).

[2] Endo states in its complaint that it pleads infringement "[i]f the Court determines now or at a future date that Mylan has complied with its obligations under the Hatch Waxman Act to provide notice of a Paragraph IV Certification." (D.I. 1 at 9.) However, since the court is precluded from making a determination regarding Mylan's compliance under §355, it is unable to rule on the issues related to infringement as pled in Endo's complaint.

_____
CHIEF, UNITED STATES DISTRICT JUDGE